**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00530-CR**

_____

**LEAMON LAQUAY OGUIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 21570**

**MEMORANDUM OPINION**

Leamon Laquay Oguin pleaded no contest under a plea agreement to possession with intent to deliver a controlled substance. The trial court found him guilty, assessed punishment at seven years of confinement, suspended the imposition of sentence, placed him on community supervision for seven years, and imposed a $2,000.00 fine. After the State filed a motion to revoke, the trial court found appellant violated terms of his community supervision, revoked the supervision, and sentenced him to five years of confinement. Appellant's counsel

1

filed a brief that presents counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a *pro se* response. We received no response from the appellant. We have reviewed the appellate record and agree with counsel's conclusion. It is unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on September 16, 2013
Opinion Delivered September 25, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.